## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| DUSTIN J. LEACH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-1065 |
| | ) | Judge Trauger |
| DEPUTY F/N/U BROOKS, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On July 16, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 16), to which no timely objections have been filed. The Report and Recommendation is **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** pursuant to Rule 41(b), FED. R. CIV. P.

It is so **ORDERED**.

ENTER this 19th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge